LAW OFFICES OF GREGORY A. YATES
A Professional Corporation
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212
Telephone (310) 858-6944
Facsimile (310) 858-7586

Gregory A. Yates (SBN 63259)

Attorneys for Plaintiffs

SCAN ONLY

FILED
CLERK, U.S. DISTRICT COURT

DEC 13 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

DEC 11 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUT

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALLAN MANRIQUE LOBOS,           )   Case No.: CV-00-02529-GAF(AJWx)
                                )
            Plaintiff,          )   **ORDER RE SETTLEMENT OF**
                                )   **RAMPART SCANDAL CASE**
vs.                             )
                                )   Date:        **November 30, 2000**
CITY OF LOS ANGELES, et al.     )   Time:        **4:00 p.m.**
                                )   Courtroom:   **880**
            Defendants.         )   Judge:       **Hon. Dickran Tervezian**
_____ )

The Court, having considered the Petitions of Plaintiffs relating to the settlement of twenty-eight (28) [~~nine (29)~~] individual Rampart Scandal cases, hereby approves the settlement of said twenty-eight (29) cases as reflected by Exhibit "A" attached ~~under seal~~, which includes four minor's compromises and hereby orders that plaintiffs' counsel, Gregory A. Yates, tender to defendant City of Los Angeles' counsel releases for each of said twenty-eight [~~nine~~] cases and that defendant simultaneously tender the respective settlement amounts reflected in Exhibit "A" by drafts to plaintiffs' counsel and/or to the respective banks for deposit in minors' accounts, and that plaintiffs' counsel immediately thereafter cause to be filed in this Court dismissals with prejudice for all said twenty-nine cases.

SO ORDERED:

DATED: 12/13/2000

_____
Honorable Dickran Tevrizian
U.S. DISTRICT COURT JUDGE

ENTER ON ICMS

DEC 14 2000

1